1

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8   Tara Weaver, an Individual,                    NO. CV 12-02695-PHX-DGC

9                          Plaintiff,

10  v.                                             **ORDER FOR DISMISSAL**

11  Alternative Heavy Towing, Inc., an
    Arizona corporation; Robert Foraker and
12  Jane Doe Foraker, husband and wife; and
    Sherry Uphold and Eric Uphold, husband
    and wife,
13
14                        Defendants.

15      The Court, having read the parties' Stipulation for Dismissal (Doc. 35),

16      IT IS HEREBY ORDERED that all claims in this action are hereby dismissed in

17  their entirety with prejudice, and with all parties to bear their own attorneys' fees and

18  costs.

19      Dated this 26th day of November, 2013.

20

21

22                                    _____
23                                         David G. Campbell
                                          United States District Judge
24

25

26

27

28

11-23-13 Order for Dismiss.doc